UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                      DECISION AND ORDER
                                      10-CR-6123L

            v.

TRACY TURNER,

                        Defendant.
_____

      Defendant, Tracy Turner ("Turner"), has filed, *pro se,* a motion for reduction of sentence (Dkt. #71). The motion is denied. On October 31, 2011, the Court sentenced Turner principally to a term of 84 months imprisonment. That sentence was a substantial reduction from the United States Sentencing Guidelines of 168-210 months with a statutory minimum sentence of 120 months. The reduction was based on the Government's 5K and 18 U.S.C. § 3553(e) motion. But, more to the point, once the Court imposes sentence it has no ability or jurisdiction to reduce or modify that sentence even were I inclined to do so, which is not the case, based on the substantial benefit already received by Turner.

CONCLUSION

      Defendant's motion (Dkt. #71) to reduce the sentence is in all respects denied.

      IT IS SO ORDERED.

                                          _____
                                             DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
         August 1, 2012.